# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## ALBERT RUSSO

| | | |
|---|---|---|
| Erik D. Collazo, Esq. | Standing Chapter 13 Trustee | *Mailing Address*: |
| David A. Martin, Esq. | 1 AAA Drive • Suite 101 | CN 4853 |
| *Counsel* | Robbinsville • New Jersey 08691-1803 | Trenton, NJ 08650 |

*Voice (609) 587-6888 • Facsimile (609) 587-9676*

___

# DOMESTIC SUPPORT OBLIGATION INFORMATION SHEET
___

*THE DEBTOR ACKNOWLEDGES THAT THE CHAPTER 13 TRUSTEE IS OBLIGATED TO PROVIDE WRITTEN NOTICE TO THE RECIPIENT OF A DOMESTIC SUPPORT OBLIGATION AND THE APPLICABLE STATE /COUNTY SUPPORT AGENCY. THE DEBTOR, BY SIGNING THIS FORM, CONSENTS TO DISCLOSURE BY THE CHAPTER 13 TRUSTEE OF THE DEBTOR'S FULL SOCIAL SECURITY NUMBER TO THE STATE/COUNTY SUPPORT AGENCY.*

<u>*PLEASE PRINT CLEARLY*</u>
This form was completed by:    _____ Debtor(s)        _____ Attorney for Debtor(s)

*Date*: _____                *Chapter 13 Case Number*: _____

*Debtor's Name*: _____

*Debtor's Signature*: _____

*Attorney's Name*: _____

**I pay alimony, child support, and/or maintenance to the following person(s):**

1. Name: _____

   Street Address: _____

   City: _____    State: _____    Zip: _____

2. Name: _____

   Street Address: _____

   City: _____    State: _____    Zip: _____

3. Name: _____

   Street Address: _____

   City: _____    State: _____    Zip: _____