Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−10652−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jacob Wack Ort
  111 Richard Dr
  Hackettstown, NJ 07840−1847

Social Security No.:
  xxx−xx−3995

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

  NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 5, 2024.

Dated: April 5, 2024
JAN: slm

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jacob Wack Ort  
    Debtor

Case No. 24-10652-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Apr 05, 2024      Form ID: plncf13      Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jacob Wack Ort, 111 Richard Dr, Hackettstown, NJ 07840-1847 |
| 520142852 | + | Amanda M. Kise, 9 Columbia Street, Columbia, NJ 07832-2338 |
| 520197575 | + | Celli & Schlossberg, LLC, 1719 Route 10 East, Suite 102, Parsippany, NJ 07054-4519 |
| 520142865 | + | Gruber, Colabella, Liuzza, 41 Lakeside Boulevard, Hopatcong, NJ 07843-1339 |
| 520142866 | + | Jonathan Stone, ESQ, CPA, MST, LLC, 490 Schooley's Mountain Road Bldg. 3A, Hackettstown, NJ 07840-4002 |
| 520142867 | + | Katherine E. Giusti, Esquire, 1719 Route 10 East Suite 102, Parsippany, NJ 07054-4519 |
| 520142869 | + | Leopold & Associates, PLLC, 80 Business Park Drive Suite 110, Armonk, NY 10504-1704 |
| 520142882 | | Tdrcs/ashley Homestore, Td Rcs, Columbia, SC 29202 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 05 2024 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 05 2024 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520153120 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 05 2024 21:00:00 | ACAR Leasing Ltd. d/b/a GM Financial, P O Box 183853, Arlington, TX 76096-3853 |
| 520194332 | | Email/PDF: bncnotices@becket-lee.com | Apr 05 2024 21:04:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520142853 | | Email/PDF: bncnotices@becket-lee.com | Apr 05 2024 21:04:22 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520142854 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 05 2024 20:59:00 | Bank of America, Attn: Bankruptcy, PO Box 31785, Tampa, FL 33631-3785 |
| 520142855 | + | Email/Text: bankruptcy@cavps.com | Apr 05 2024 21:01:00 | Cavalry Portfolio Services, Attn: Bankruptcy Attn: Bankruptcy, 500 Summit Lake Drive , Suite 400, Vahalla, NY 10595-2321 |
| 520163389 | + | Email/Text: bankruptcy@cavps.com | Apr 05 2024 21:01:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520142857 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 05 2024 21:04:23 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 520142858 | + | Email/Text: mediamanagers@clientservices.com | Apr 05 2024 20:59:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 520142859 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 05 2024 21:03:57 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520142860 | | Email/PDF: DellBKNotifications@resurgent.com | Apr 05 2024 21:03:54 | Dell Financial Services, Attn: Bankruptcy, P.O. |

Case 24-10652-RG   Doc 21   Filed 04/07/24   Entered 04/08/24 00:16:08   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 05, 2024 | Form ID: plncf13 | Total Noticed: 50 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 81577, Austin, TX 78708-1577 |
| 520142870 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 05 2024 21:04:23 | Macys/fdsb, Attn: Bankruptcy 9111 Duke Boulevard, Mason, OH 45040 |
| 520162738 | + | Email/Text: mrdiscen@discover.com | Apr 05 2024 20:59:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 520142861 | + | Email/Text: mrdiscen@discover.com | Apr 05 2024 20:59:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520142862 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 05 2024 21:00:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 520214857 | ^ | MEBN | Apr 05 2024 20:55:35 | First National Bank of Omaha, c/o BQ & Associates, PC, LLO, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 520142864 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 05 2024 21:00:00 | GM Financial, PO Box 182963, Arlington, TX 76096-2963 |
| 520142863 | ^ | MEBN | Apr 05 2024 20:54:58 | Gatestone & Co. International, Inc., 1000 N. West Street Suite 1200, Wilmington, DE 19801-1058 |
| 520142856 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 05 2024 21:04:24 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 520164095 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 05 2024 20:59:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520142868 | | Email/Text: PBNCNotifications@peritusservices.com | Apr 05 2024 20:59:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520207430 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 05 2024 21:03:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520142871 | + | Email/Text: BKEBN-Notifications@ocwen.com | Apr 05 2024 20:59:00 | Ocwen Loan Servicing, LLC, Attn: Bankruptcy Attn: Bankruptcy, 1661 Worthington Rd , Ste 100, West Palm Beach, FL 33409-6493 |
| 520203146 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 05 2024 20:59:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 520199555 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 05 2024 20:59:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520142872 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 05 2024 20:59:00 | PNC Financial, Attn: Bankruptcy 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 520142873 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 05 2024 20:59:00 | PNC Financial Services, Attn: Bankruptcy 300 Fifth Ave, Pittsburgh, PA 15222 |
| 520142874 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 05 2024 20:59:00 | PNC Mortgage, Attn: Bankruptcy Attn: Bankruptcy, 8177 Washington Church Rd ,, Dayton, OH 45458 |
| 520210653 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 05 2024 21:03:59 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520142875 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 05 2024 21:15:03 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520142876 | | Email/Text: signed.order@pfwattorneys.com | Apr 05 2024 20:59:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 520142877 | ^ | MEBN | Apr 05 2024 20:55:14 | Raymour & Flanigan, Attn: Bankruptcy, PO Box 220, Liverpool, NY 13088-0220 |
| 520142878 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 05 2024 21:04:15 | Syncb, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520142879 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 05 2024 21:04:00 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520142880 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 05, 2024 | Form ID: plncf13 | Total Noticed: 50 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520142881 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 05 2024 21:03:50 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| | | | Apr 05 2024 21:03:55 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520168646 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 05 2024 21:01:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520142883 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 05 2024 21:01:00 | U.S. Bankcorp, Attn: Bankruptcy 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 520142885 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 05 2024 21:01:00 | US Bank/RMS, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 520142884 | + | Email/Text: BAN5620@UCBINC.COM | Apr 05 2024 20:59:00 | United Collection Bureau, Inc., 5620 Southwyck Boulevard, Toledo, OH 43614-1501 |
| 520142886 | + | Email/Text: bkfilings@zwickerpc.com | Apr 05 2024 21:01:00 | Zwicker & Associates, P.C., Attn: Danielle M. Key, Esquire, 1020 Laurel Oak Road Suite 303, Voorhees, NJ 08043-3518 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520207619 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 07, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan Stone | on behalf of Debtor Jacob Wack Ort jonstonelaw@gmail.com bkecf_stone@bkexpress.info;r43620@notify.bestcase.com;JonathanStoneESQCPAMSTLLC@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Apr 05, 2024 | Form ID: plncf13 | Total Noticed: 50

TOTAL: 4