| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey | |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | Order Filed on September 10, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Jacob Wack Ort<br><br><br><br>Debtor(s) | Case No.: 24-10652 / RG<br>Hearing Date: 09/04/2024<br>Judge: Rosemary Gambardella<br>Chapter:  13 |

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: September 10, 2024**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $1,680.00 paid to date

- Debtor(s) shall remit $350.00 per month to the Trustee for 53 months beginning 09/01/2024

- The Trustee is authorized to pay the late filed claim of , Court claim number .

- Unsecured creditors will receive a minimum of $1774.

The trustee will pay amended priority claim 15-2 through the plan and will not pay the original file unsecured claim of Amanda Kise.

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.